IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| VIKI J. PIERCE,<br><br>　　Plaintiff,<br><br>v.<br><br>PATIENT SUPPORT SERVICES, INC.,<br><br>　　Defendant. | §<br>§<br>§<br>§<br>§   Case No. 5:18-cv-138-RWS-CMC<br>§<br>§<br>§<br>§<br>§ |

### ORDER

Pursuant to the Court's order granting summary judgment, the Court hereby enters Final Judgment. Accordingly, it is

**ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**.

All other claims for relief are **DENIED-AS-MOOT**.

The Clerk of the Court is directed to close this case.

It is so **ORDERED**.

**SIGNED this 27th day of March, 2020.**

　　　　　　　　　　　　　　　　　　　　　　　ROBERT W. SCHROEDER III
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE